**EXHIBIT A**

7

10/27/22, 11:47 AM   Hustle Law Mail - We got your report 0283596995 [ref:00DA0000000K0A8.5004w00002Tmxhf:ref]



Daniel Marcus <dan@hustlelawgroup.com>

**We got your report 0283596995 [ref:00DA0000000K0A8.5004w00002Tmxhf:ref]**
1 message

Twitter Support <support@twitter.com>   Tue, Aug 16, 2022 at 3:54 PM
To: "dan@hustlelawgroup.com" <dan@hustlelawgroup.com>



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

_____

Your ticket number: #0283596995

Copyright owner:
> StatMuse, Inc.
Name:
> Daniel Marcus
Company:
> Daniel Marcus, Esq.
Job title:
> Attorney of Record
Email:
> dan@hustlelawgroup.com

Address:
> PO Box 1432
City:
> New York
State/Province:
> New York
Postal code:
> 10009
Phone (optional):
> 551-427-5069
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The image is a photograph of StatMuse's CEO, Eli Dawson that was taken and is owned by StatMuse, Inc.

10/27/22, 11:47 AM — Hustle Law Mail - We got your report 0283596995 [ref:00DA0000000K0A8.5004w00002Tmxhf:ref]

Links to original work:
> https://web.archive.org/web/20160823054456/https://fortune.com/2016/06/15/startup-sports-stats/

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://twitter.com/mnmikee/status/1502047030067269633
> https://twitter.com/nbatrend/status/1501796960050765826
> https://twitter.com/kilslot/status/1491823609442091013
> https://twitter.com/kilslot/status/1491120235344441344
> https://twitter.com/kilslot/status/1488218276027056131
> https://twitter.com/kilslot/status/1487970759595204612
> https://twitter.com/kilslot/status/1485032715774840832
> https://twitter.com/jvandoburner/status/1507548432604577797
> https://twitter.com/jvandoburner/status/1507179185458106370
> https://twitter.com/jvandoburner/status/1507084695435104261
> https://twitter.com/jvandoburner/status/1507057598595485697
> https://twitter.com/TrolledByIvey/status/1546903301601591297
> https://twitter.com/TrolledByIvey/status/1545900146680020992
> https://twitter.com/TrolledByIvey/status/1546901641626017792
> https://twitter.com/arctweaky/status/1488342991332728834
> https://twitter.com/arctweaky/status/1486163108053856256
> https://twitter.com/sanityycuhh/status/1492728906650382338
> https://twitter.com/sanityycuhh/status/1490707845440221184
> https://twitter.com/reseSZN/status/1502490593448050688
> https://twitter.com/reseSZN/status/1502380093498400774
> https://twitter.com/exShai/status/1491871806390738950
> https://twitter.com/exShai/status/1491871338641899524
> https://twitter.com/JHenryTHEGOAT/status/1502127872751939585
> https://twitter.com/JHenryTHEGOAT/status/1502127140715778048
> https://twitter.com/JHenryTHEGOAT/status/1502126938764328963
> https://twitter.com/JHenryTHEGOAT/status/1502126877351325699
> https://twitter.com/RussXAntGOAT/status/1492729453147004929
> https://twitter.com/RussXAntGOAT/status/1485440527948554241
> https://twitter.com/mvp_tobias/status/1498049454393466884
> https://twitter.com/mvp_tobias/status/1498049359996465155
> https://twitter.com/gai_zzzz/status/1491867635889307648

> https://twitter.com/gai_zzzz/status/14918649562784890088
> https://twitter.com/gai_zzzz/status/1491525375523844097
> https://twitter.com/FieldsEnjoyer/status/1497725130608414728
> https://twitter.com/FieldsEnjoyer/status/1491518834276192257
> https://twitter.com/FieldsEnjoyer/status/1487056952932843527

Reported content:
> Image/Photograph
Description of infringement:
> The anonymous users who used the copyrighted image of StatMuse's CEO, Eli Dawson, which as was noted before was taken and is owned by StatMuse, Inc, did so without obtaining a license or permission from StatMuse. Moreover, these users have used the image to harass and threaten my conduct, as the image has been used in connection with posts that range from accusing my client of bias to outright labeling him as a racist and a pedophile. Additionally, these same users have also used the image in connection with doxing my client's home address where he resides with his wife and newborn child. The courts have not recognized harassment, doxing, and online hate speech as fair uses with respect to copyright. In our view, there is no good faith argument that would render this kind of conduct as anything but per se infringement.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Daniel Marcus
Country
> US

10/27/22, 11:47 AM  Hustle Law Mail - We got your report 0283592132 [ref:00DA0000000K0A8.5004w00002TtTW6:ref]



Daniel Marcus <dan@hustlelawgroup.com>

## We got your report 0283592132 [ref:00DA0000000K0A8.5004w00002TtTW6:ref]

Twitter Support <support@twitter.com>  Tue, Aug 16, 2022 at 3:05 PM
To: "dan@hustlelawgroup.com" <dan@hustlelawgroup.com>



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

https://mail.google.com/mail/u/2/?ik=d4b5eab440&view=pt&search=all&permmsgid=msg-f%3A1741345733805077241&simpl=msg-f%3A1741345733...  1/5

13

10/27/22, 11:47 AM  Hustle Law Mail - We got your report 0283592132 [ref:00DA0000000K0A8.5004w00002TtTW6:ref]

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

------------------------------------------------

Your ticket number: #0283592132

Copyright owner:
> StatMuse, Inc.
Name:
> Daniel Marcus
Company:
> Daniel Marcus, Esq.
Job title:
> Attorney of Recor
Email:
> dan@hustlelawgroup.com

Address:
> PO Box 1432
City:
> New York
State/Province:
> New York
Postal code:
> 10009
Phone (optional):
> 5514275069
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The image is a photograph of StatMuse's CEO, Eli Dawson that was taken and is owned by StatMuse, Inc.

Links to original work:
> https://web.archive.org/web/20160823054456/https://fortune.com/2016/06/15/startup-sports-stats/

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://twitter.com/Marvel_Harry/status/1502209235093889024
> https://twitter.com/Marvel_Harry/status/1502492514275581952
> https://twitter.com/Marvel_Harry/status/1502862652179066881
> https://twitter.com/reportsondanba/status/1485027866660065281
> https://twitter.com/Cantguardbeard/status/1508251350613868546
> https://twitter.com/Cantguardbeard/status/1508250800098795527
> https://twitter.com/sportsucklolz/status/1489721362939789317
> https://twitter.com/mahveeci/status/1491790026845278208
> https://twitter.com/mahveeci/status/1486536149527142402
> https://twitter.com/JackVV03/status/1502862440924594177
> https://twitter.com/JackVV03/status/1502507639665795073
> https://twitter.com/JackVV03/status/1502385648711385089
> https://twitter.com/mnmikee/status/1502121267205316619
> https://twitter.com/SixersTre/status/1491847115760230415
> https://twitter.com/SixersTre/status/1486395355134840832
> https://twitter.com/cantguarddurant/status/1488724765280030722
> https://twitter.com/cantguarddurant/status/1495161350934380548
> https://twitter.com/cantguarddurant/status/1485040889957433347
> https://twitter.com/RichardHardd/status/1498136751159877640
> https://twitter.com/RichardHardd/status/1498136719312539654
> https://twitter.com/RichardHardd/status/1498136687842582528
> https://twitter.com/JojosProcess/status/1497432883539054592
> https://twitter.com/JojosProcess/status/1494523380560584704
> https://twitter.com/JojosProcess/status/1488275325016424449
> https://twitter.com/JojosProcess/status/1485370761934032897
> https://twitter.com/1olod/status/1492939210478739457
> https://twitter.com/1olod/status/1491923821309444096

Reported content:
> Image/Photograph
Description of infringement:

Links to original work:
> https://web.archive.org/web/20160823054456/https://fortune.com/2016/06/15/startup-sports-stats/

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://twitter.com/Marvel_Harry/status/1502209235093889024
> https://twitter.com/Marvel_Harry/status/1502492514275581952
> https://twitter.com/Marvel_Harry/status/1502862652179066881
> https://twitter.com/reportsondanba/status/1485027866660065281
> https://twitter.com/Cantguardbeard/status/1508251350613868546
> https://twitter.com/Cantguardbeard/status/1508250800098795527
> https://twitter.com/sportsucklolz/status/1489721362939789317
> https://twitter.com/mahveeci/status/1491790026845278208
> https://twitter.com/mahveeci/status/1486536149527142402
> https://twitter.com/JackVV03/status/1502862440924594177
> https://twitter.com/JackVV03/status/1502507639665795073
> https://twitter.com/JackVV03/status/1502385648711385089
> https://twitter.com/mnmikee/status/1502121267205316619
> https://twitter.com/SixersTre/status/1491847115760230415
> https://twitter.com/SixersTre/status/1486395355134840832
> https://twitter.com/cantguarddurant/status/1488724765280030722
> https://twitter.com/cantguarddurant/status/1495161350934380548
> https://twitter.com/cantguarddurant/status/1485040889957433347
> https://twitter.com/RichardHardd/status/1498136751159877640
> https://twitter.com/RichardHardd/status/1498136719312539654
> https://twitter.com/RichardHardd/status/1498136687842582528
> https://twitter.com/JojosProcess/status/1497432883539054592
> https://twitter.com/JojosProcess/status/1494523380560584704
> https://twitter.com/JojosProcess/status/1488275325016424449
> https://twitter.com/JojosProcess/status/1485370761934032897
> https://twitter.com/1olod/status/1492939210478739457
> https://twitter.com/1olod/status/1491923821309444096

Reported content:
> Image/Photograph
Description of infringement:

> The anonymous users who used the copyrighted image of StatMuse's CEO, Eli Dawson, which as was noted before was taken and is owned by StatMuse, Inc, did so without obtaining a license or permission from StatMuse. Moreover, these users have used the image to harass and threaten my conduct, as the image has been used in connection with posts that range from accusing my client of bias to outright labeling him as a racist and a pedophile. Additionally, these same users have also used the image in connection with doxing my client's home address where he resides with his wife and newborn child. The courts have not recognized harassment, doxing, and online hate speech as fair uses with respect to copyright. In our view, there is no good faith argument that would render this kind of conduct as anything but per se infringement.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Daniel Marcus
Country
> US

ref:00DA0000000K0A8.5004w00002TtTW6:ref

Help | Privacy
Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103