USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE DMCA SUBPOENA TO TWITTER, INC.

1:22-mc-300-MKV

ORDER GRANTING REQUEST
TO ISSUE SUBPOENA

MARY KAY VYSKOCIL, United States District Judge:

This matter comes before the Court upon the *ex parte* application of movant StatMuse, Inc. along with the Declaration of Daniel Marcus, Esq. and supporting documents for the signing of a Subpoena directing Twitter, Inc. to produce the identity of entities or persons believed to be infringing on the copyright of StatMuse, Inc.

Having considered the Declaration and all documents submitted in support of the application, the Court finds good reason to direct the clerk to issue said subpoena and it is therefore:

ORDERED that the Clerk of this Court shall issue the Subpoena for Twitter, Inc. as sought by the movant.

**SO ORDERED.**

**Date: November 16, 2022**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**